IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
|       Plaintiff | ) | Civil Action No. 04-549 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| H.C. Starck, Inc. | ) | |
| | ) | Adversary Case No. 04-51099 |
|       Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the ___1st___ day of ___April___ 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

27311-002\DOCS_DE:106824.1

**SERVICE LIST FOR
H.C. STARCK INC.**

*Hand Delivery*
(Counsel For H.C. Starck Inc.)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Suite 1500
Wilmington, DE 19899

*First Class Mail*
John Ventola, Esquire
Kara M. Zaleskas, Esquire
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Ma 02109

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

**Hand Delivery**
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**First Class Mail**
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL 60064

**First Class Mail**
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

**First Class Mail**
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100